IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40015
Summary Calendar
_____


A.C. JONES,

                              Plaintiff-Appellant,

versus

WHITE OAK, TX, POLICE DEPARTMENT ET AL.,

                              Defendants,

BILL JONES, White Oak Officer ET AL.,

                              Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:93-CV-679
- - - - - - - - - -
February 21, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges

PER CURIAM:[*]

     A.C. Jones appeals the dismissal of his civil-rights action
following a trial on the merits.  Jones contends that the
magistrate judge erred by denying his motions for appointment of
counsel and erred by failing to subpoena his witnesses for trial.

     Jones's case did not present exceptional circumstances
requiring the appointment of counsel; the denial of his motions
for appointment of counsel was not an abuse of discretion.  *See*

_____

          Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

*Ulmer v. Chancellor*, 691 F.2d 209, 213 (5th Cir. 1982). The record before this court indicates that the magistrate judge ordered that subpoenas issue for Jones's witnesses; nothing in the record indicates otherwise. We cannot review Jones's allegation that the magistrate judge ignored his complaint at trial that the subpoenas had not issued; Jones has failed to provide this court with a transcript of the trial, as it is his responsibility to do. *See Alizadeh v. Safeway Stores*, 910 F.2d 234, 237 (5th Cir. 1990).

APPEAL DISMISSED. 5TH CIR. R. 42.2.